**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

**Ralph Rossi, Jr.,**

      **Debtor.**
_____/

Case No.: 23-12329-MAM

Chapter 7

**CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION OF TIME FOR THE CHAPTER 7 TRUSTEE AND OFFICE OF THE UNITED STATES TRUSTEE TO FILE AN ADVERSARY COMPLAINT AGAINST THE DEBTOR TO DENY DISCHARGE UNDER 11 U.S.C. §727(a)**

The Chapter 7 Trustee, Chad S. Paiva, files this Motion for Extension of Time for the Chapter 7 Trustee, and Office of the United States Trustee ("UST") to File an Adversary Complaint Against the Debtor, Ralph Rossi, Jr., to Deny Discharge Under 11 U.S.C. §727(a), pursuant to F.R.B.P. 4004 and states:

1. This bankruptcy case was commenced by the filing of a voluntary chapter 7 petition by the debtor on March 27, 2023.

2. The Debtor is attempting to discharge approximately $300,000.00 in consumer debt, lost a total of in excess of $600,000 day trading securities in 2020 and 2021, and appears to have lost a total of at least $200,000 day trading securities in 2022 and 2023 through the petition date.

3. Chad Paiva is the duly qualified Chapter 7 Trustee in this case.

3. Pursuant to the Notice of Chapter 7 Bankruptcy Case (DE#2), the current deadline to object to the Debtor's discharge under 11 U.S.C §727(a) is June 26, 2023. Accordingly, this Motion is timely.

4. The initial 341 meeting of creditors in this case was scheduled for April 25, 2023, but due to the volume of documents that the Trustee had to review in conjuction

with the 341 meeting and Debtor's counsel's unavailability during the week of May 1, 2023, the 341 meeting was rescheduled and conducted by the Trustee on May 9, 2023.

5. Subsequent to the 341 meeting, the Trustee requested, received and reviewed additonal documents regarding the debtor's banking and investment activities and on May 22, 2023 coordinated with Debtor's counsel to take the Debtor's 2004 examination on June 6, 2023 at the office of Debtor's counsel. As of the date of this motion, the Trustee has not yet filed the 2004 examination notice.

6. On May 23, 2023, Debtor's counsel filed a Motion to withdraw due to irreconcilable differences with the Debtor (DE#21). The Motion to withdraw is scheduled for hearing on June 6, 2023.

7. In conjunction with the Motion to withdraw, Debtor's counsel asked the Trustee not to schedule the Debtor's 2004 examination until after June 6, 2023. While the Trustee has no objection to waiting until after June 6, 2022 to schedule the Debtor's 2004 examination, the Trustee currently has no way to communicate with the Debtor directly to coordinate a new date, time and location for the 2004 examination.

8. Based on the Trustee's schedule, it is unlikely that the Trustee will be able to schedule the Debtor's 2004 examination until June 19, 2023 which is one week before the deadline to file an adversary complaint to object to discharge.

9. Based on the Trustee's review of the records already produced to him, there are dozens of banking and investment transactions the Trustee needs to question the Debtor about in a 2004 examination to determine whether grounds exist to seek denial of the Debtor's discharge.

10. Based on the foregoing, the Chapter 7 Trustee requests an extension of the

deadline for the Chapter 7 Trustee and UST to file an adversary complaint against the Debtor to deny discharge under 11 U.S.C. §727(a) up through and including August 31, 2023.

11.   Due to the filing of the Motion to withdraw by Debtor's counsel, the Trustee was not able to obtain consent to the relief reqeusted herein.

WHEREFORE, the Chapter 7 Trustee, Chad S. Paiva, respectfully requests that this Court enter an Order extending to August 31, 2023, the deadline for the Chapter 7 Trustee, and Office of the United States Trustee to file an adversary complaint against the Debtor, Ralph Rossi, Jr, to deny discharge under 11 U.S.C. §727(a), and for and for such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. Mail or CM/ECF to all parties listed below who are currently on the list to receive notice via mail or CM/ECF on this the 24th day of May 2023.

By: /S/ *Chad S. Paiva*
Chad S. Paiva, Trustee
6526 S. Kanner Highway, #376
Stuart, FL 34997
Telephone: (561) 762-4118
Email: trustee.paiva@gmail.com

**Via CM/ECF**:

- Office of the US Trustee        USTPRegion21.MM.ECF@usdoj.gov
- Julianne Frank, Esq.            julianne@jrfesq.com
- Chad S. Paiva, Trustee          trustee.paiva@gmail.com
- Dan L. Gold, Esq.               dan.l.gold@usdoj.gov

**Via U.S. Mail**

Ralph Rossi, Jr.
14319 Canal View Dr., Unit B
Delray Beach, FL 33484