**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:  Ralph Rossi, Jr.                                   Case No. 23-12329-MAM
                                                                          Chapter 7
        Debtor.
_____/

## TRUSTEE'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF CHAD S. PAIVA AND FENDER, BOLLING AND PAIVA, P.A. AS ATTORNEY FOR TRUSTEE RETROACTIVE TO JULY 1, 2023

The Trustee in Bankruptcy, Chad Paiva, respectfully requests an Order of the Court authorizing the employment of Chad S. Paiva, Esq., and the law firm of Fender, Bolling and Paiva, P.A. retroactive to July 1, 2023, to represent the Trustee and states:

**A.    THE SPECIFIC FACTS NECESSITATING EMPLOYMENT**

The Trustee requires counsel in this case to take any and all action on behalf of the bankruptcy estate to investigate the Debtor's stock day trading activities, investigate insider transfers exceeding $200,000.00 within a year of bankruptcy, and to resolve with the Debtor or litigate issues relating to assets over exemptions, potential voidable transfers to insiders, and other issues that may arise in the case.

**B.    THE NAME OF THE PERSONS TO BE EMPLOYED**

Attached to this application is the proposed attorney's affidavit demonstrating Chad S. Paiva, Esq., and the law firm of Fender, Bolling and Paiva, P.A., are disinterested parties as required by 11 U.S.C. §327(a) and a verified statement as required under F.R.B.P. 2014.

**C.    THE FEE ARRANGMENT**

The representation in this matter will be on an hourly basis. The hourly rates for Fender, Bolling & Paiva, P.A. is $550.00/hr. for Chad S. Paiva and G. Steven Fender, and $395.00 an hour for Michael H. Bolling.

**D.    THE REASON FOR SELECTING THE FIRM OR INDIVIDUAL**

The Trustee believes that the attorneys are qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, Creditors, and other parties.

**E.    THE PROFESSIONAL SERVICES TO BE RENDERED**

The review of financial records and taking of the Debtor's 2004 examination, the prosecution of matters related to bankruptcy estate administration, contested matters and/or adversary proceedings on behalf of the Chapter 7 Trustee, obtaining Court approval of any compromises in the case, and any other legal services as may be necessary.

**F.    THE PROPOSED ARRANGEMENTS FOR COMPENSATION**

The attorney has agreed to be compensated in accordance with 11 U.S.C. § 330.

**G.    THE PROFESSIONALS' CONNECTIONS WITH THE TRUSTEE, DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST**

The attorneys do not hold or represent any interest adverse to the estate, and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

**H.    REASON FOR REQUEST FOR RETROACTIVE RELIEF**

The Trustee intended on filing the Application to employ counsel on or before June 30, 2023, since the 2004 examination of the Debtor had been scheduled for July 7, 2023 and there were brokerage account and other financial records to review before the 2004 examination. Due to inadvertence and oversight, however, the Application to employ counsel was never filed.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of Chad S. Paiva, Esq., and the law firm of Fender, Bolling and Paiva, P.A. retroactive to July 1, 2023, to represent the Trustee on a general retainer, pursuant to 11 U.S.C. §327 and 330.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties set forth below via CM/ECF or U.S. Mail as indicated, on this the 5th day of September, 2023.

By: /s/ Chad S. Paiva
Chad S. Paiva, Trustee
6526 S. Kanner Highway, #376
Stuart, FL 34997
P: 561.762.4118
E: trustee.paiva@gmail.com

**Via CM/ECF**:

- United States Trustee's Office   USTPRegion21.MM@usdoj.gov
- Chad S. Paiva, Trustee   trustee.paiva@gmail.com
- Philip L Rubin, Esq.   arubin@lrglaw.com

**Via U.S. Mail**:

Ralph Rossi, Jr.
14319 CanalView Dr. Unit B
Delray Beach, FL 33484

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Ralph Rossi Jr.,            Case No.: 23-12329-MAM
                                           Chapter 7

       Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

STATE OF FLORIDA:
COUNTY OF MARTIN:

CHAD PAIVA, ESQ. being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and the U.S. Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

2. I am employed by the law firm of Fender, Bolling & Paiva, P.A. with an address of 6526 S. Kanner Highway, #376, Stuart, FL.

3. The hourly rates charged by Fender, Bolling & Paiva, P.A. is $550.00/hr. for Chad S. Paiva and G. Steven Fender, and $395.00/hr. for Michael H. Bolling.

4. Neither the law firm of Fender, Bolling and Paiva, P.A. nor any of its attorneys hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). .

FURTHER AFFIANT SAYETH NAUGHT.

                                                                FENDER, BOLLING, AND PAIVA, P.A.

                                                                Chad S. Paiva, Esq.

THE FOREGOING INSTRUMENT was sworn to (or affirmed) and subscribed before me by means of online notarization, this 5th day of September 2023, by Chad S. Paiva, who is personally known to me.

                                                                 Notary Public, State of Florida
                                                                 My Commission Expires: 6/21/2024

Notary Public State of Florida
Simone DuQueeney
My Commission HH 349098
Expires 6/21/2024

1